IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

MAUPIN SENIOR LIVING, LLC,              )
                                        )
            Plaintiff,                  )    TC-MD 150086C
                                        )
      v.                                )
                                        )
WASCO COUNTY ASSESSOR,                  )
                                        )
            Defendant.                  )    **FINAL DECISION OF DISMISSAL**

This Final Decision incorporates without change the court's Decision, entered May 27, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled for 9:00 a.m. on April 27, 2015, to consider Plaintiff's appeal. On April 8, 2015, the court sent notice of the scheduled case management conference to Plaintiff's representative at the email address provided to the court. The court's notice was not returned as undeliverable. That notice advised that if Plaintiff's representative did not appear, the court might dismiss the appeal.

Plaintiff's representative failed to appear for the scheduled case management conference. On April 27, 2015, the court sent Plaintiff's representative a letter that explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The court's letter advised that if Plaintiff's representative did not provide a written explanation by May 11, 2015, for his failure to appear, the court would dismiss the appeal. As of this date, Plaintiff's representative has not submitted a written response to the court's letter explaining his failure to

appear.  Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ⎯⎯ day of June 2015.


⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DAN ROBINSON
MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within 60 days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on June 15, 2015.*